UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RACHAEL ANN GIEBER,

    Defendant.

_____/

Hon. Phillip J. Green

Case No. 1:22-mj-00354

## ORDER

Defendant appeared before me with counsel on August 18, 2022, for a preliminary hearing on the petition for warrant or summons for offender under supervision, FED. R. CRIM. P. 32.1(b)(1). Defendant waived a preliminary examination but was heard on the issue of detention. I find that defendant has not sustained the burden of demonstrating by clear and convincing evidence an eligibility for bond. Defendant is remanded to the custody of the Attorney General pending a final revocation hearing. Accordingly:

**IT IS ORDERED** that defendant be and hereby is bound over for further proceedings before the district judge on the petition for warrant or summons for offender under supervision.

**IT IS FURTHER ORDERED** that defendant is committed to the custody of the Attorney General until further order of the court.

Date August 18, 2022

    /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge